## Commonwealth ex rel. Force, Appellant, *v.* Myers.

Submitted June 13, 1966. *Augustus. G. Force,* appellant,

in propria persona; *Howard R. Berninger,* District Attorney, for appellee.

Order affirmed.